IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RANCER RAMON SOLANO DE LA CRUZ, PETITIONER
A# 233-623-745

V. CIVIL NO. 5:26-cv-855-DCB-RPM

WARDEN, Adams County Correctional Center RESPONDENT

ORDER

Pro se Petitioner Rancer Ramon Solano De La Cruz ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi. A Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 was filed on Petitioner's behalf and the filing fee was paid. The Court directs Petitioner to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts.*[1] If Petitioner is able, he is directed to sign the Petition under penalty of perjury. It is hereby,

ORDERED that on or before October 21, 2026, Petitioner shall either complete, sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a Form AO-242 Petition to Petitioner at his address of

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

record.

The Court warns Petitioner that failure to advise this Court of a change of address or a failure to comply with any Order of this Court will result in the dismissal of this case.

THIS the 21st day of September, 2026.

s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE